**AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, Plaintiff,**

and

**Bin Wu; Jun Wu; Ning Wu, Defendants–cross–defendants–Appellees,**

v.

**SHIN P. YANG, dba The Law Offices of Shin P. Yang, Defendant–cross–claimant–Appellant.**

No. 10–55171.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 9, 2012.*

Filed Feb. 14, 2012.

Adrienne C. Publicover, Dennis J. Rhodes, Wilson Elser Moskowitz Edelman

& Dicker, LLP, San Francisco, CA, for Plaintiff.

Matthew Fladell, Esquire, Douglas J. Ingraham, Esquire, Law Office of Matthew Fladell, Venice, CA, Frank S. Carleo, Law Offices of Shin P. Yang, San Gabriel, CA, Shin Yang, Law Offices of Shin P. Yang F., San Gabriel, CA for Defendant–Cross–Defendant–Appellee.

Before: D.W. NELSON, O'SCANNLAIN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Shin P. Yang appeals the district court's denial of attorneys' fees on a theory of quantum meruit. The district court found that Yang's clients were not unjustly enriched. This factual determination was not clearly erroneous. *Husain v. Olympic Airways*, 316 F.3d 829, 835 (9th Cir.2002).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.